**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

ABC Teacher's Outlet, Inc.,                          Civil No. 07-0159 (DWF/SRN)

          Plaintiff,

v.                                                                           **ORDER**

School Specialty, Inc.,
a Wisconsin corporation,

          Defendant.

_____

Daniel W. McDonald, Esq., Merchant & Gould PC, counsel for Plaintiff.

Thomas H. Boyd, Esq., Winthrop & Weinstine, PA, and William E. Duffin, Esq., Godfrey & Kahn, SC, counsel for Defendant.

_____

       In an Amended Memorandum Opinion and Order, dated July 17, 2007, the Court denied Plaintiff ABC Teacher's Outlet, Inc.'s ("Teacher's Outlet") Motion to Enjoin Defendant from Proceeding in the Later-Filed Wisconsin Action and granted Defendant School Specialty, Inc.'s ("School Specialty") Motion to Transfer this case.

       **IT IS HEREBY ORDERED** that:

       1.      All proceedings in this case are immediately **STAYED** pending a settlement conference scheduled for August 8, 2007, at 10:30 a.m. with Magistrate Judge Susan Richard Nelson, and until further order of this Court.

       2.      Teacher's Outlet may immediately file a Motion to Stay.

       3.      If this case is not resolved during the upcoming settlement conference, School Specialty shall file a written response to Teacher's Outlet's

Motion to Stay within ten days of the settlement conference or before August 22, 2007.

Dated:  July 18, 2007                              s/Donovan W. Frank
                                                   DONOVAN W. FRANK
                                                   Judge of United States District Court